```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LOIS HERRERA, et al.,

                          **Plaintiffs,**                    21-CV-07555 (MKV) (SN)

          -against-                                   **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                          **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On November 19, 2021, the Honorable Mary Kay Vyskocil referred this matter to my docket for settlement. By December 1, 2021, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:      November 22, 2021
                    New York, New York