UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/29/2021
```

LOIS HERRERA, et al.,

                                        Plaintiffs,                          21-CV-07555 (MKV) (SN)

                -against-                                          **SETTLEMENT CONFERENCE
                                                                          ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al,,

                                        Defendants.

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        A settlement conference is scheduled for Monday, January 10, 2022, at 10:00 a.m. In the

weeks prior to the conference, the Court will confirm whether the conference will be held

telephonically or in person.

        The parties are directed to review and comply with the Procedures for Cases Referred for

Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's

website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to

engage in good-faith settlement negotiations before the settlement conference and preferably

before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by Monday, January 3, 2022, by e-mail to

Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before

the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

DATED:        November 29, 2021
              New York, New York                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge