UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOIS HERRERA, et al.,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, and RICHARD CARRANZA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2022

1:21-cv-7555-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court has carefully reviewed the parties' letters about (1) the parties' joint request to adjourn the upcoming Post Discovery Conference, (2) Plaintiffs' request for an extension of the discovery deadline to depose former Mayor Bill de Blasio, (3) Defendants' opposition to Plaintiffs' request and intention to move to quash the subpoena served on Mr. de Blasio, and (4) Defendants' intention to move for summary judgment [ECF Nos. 20, 21, 22, 23].

      IT IS HEREBY ORDERED that the Post Discovery Conference that was previously scheduled to take place on April 21, 2022 is ADJOURNED to June 2, 2022 at 10:30 a.m.

      With respect to the proposed deposition of Mr. de Blasio, Plaintiffs' counsel has represented in her letters to the Court that she has a good faith basis to believe that Mr. de Blasio has unique first-hand knowledge related to this litigation. Accordingly, IT IS FURTHER ORDERED that the deadline to depose Mr. de Blasio is May 23, 2022.

      IT IS FURTHER ORDERED that any motion to quash is due on April 27, 2022. Any opposition is due on May 4, 2022, and any reply in further support is due on May 9, 2022.

      IS FURTHER ORDERED that Defendants' pre-motion submissions in connection with their contemplated motion for summary judgment are due on May 26, 2022.

The Clerk of Court is respectfully directed to terminate the letter motions pending at docket entries 20, 21, and 23.

**SO ORDERED.**

Date:  **April 19, 2022**             _____
       **New York, NY**                  **MARY KAY VYSKOCIL**
                                                **United States District Judge**