UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LOIS HERRERA, et al.,

                            Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                            Defendants.

------------------------------------------------------------X

21-CV-07555 (MKV) (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/2024

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the upcoming trial, the parties are directed to email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov to schedule a settlement conference, if they believe it would be productive. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     February 1, 2024
               New York, New York