UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOIS HERRERA, et al., | |
| Plaintiffs, | |
| -against- | 1:21-cv-7555-MKV |
| NEW YORK CITY DEPARTMENT OF EDUCATION and RICHARD CARRANZA, | ORDER ADJOURNING TRIAL |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2024

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the jury trial that was previously scheduled to begin on May 13, 2024 is ADJOURNED to begin on **June 10, 2024**.  The deadline for pretrial submissions remains April 12, 2024.  IT IS FURTHER ORDERED that the parties shall appear for a Final Pretrial Conference on **May 31, 2024 at 11:00 a.m.**

IT IS FURTHER ORDERED that the parties shall file a joint letter informing the Court of the status of their settlement negotiations on April 22, 2024.

**SO ORDERED.**

Date: February 6, 2024
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**