UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOIS HERRERA, et al.,

                Plaintiffs,

                -against-

NEW YORK CITY DEPARTMENT OF EDUCATION and RICHARD CARRANZA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2024

1:21-cv-7555-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court has been informed by the Magistrate Judge that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by May 23, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines, including the upcoming trial, are ADJOURNED *sine die*.

**SO ORDERED.**

**Date:  April 23, 2024**
       **New York, NY**

                                                          **MARY KAY VYSKOCIL**
                                                          **United States District Judge**